Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of   Colorado
                                     (State)

Case number (if known):   26-_____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Masters Place Condominiums Property Owners Association, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and doing business as names

3. **Debtor's federal Employer Identification Number (EIN)**  84-1118688

4. **Debtor's address**

   Principal Place of Business

   | 42 | Pinon |
   |---|---|
   | Number | Street |

   | Pagosa Springs | CO | 81147 |
   |---|---|---|
   | City | State | ZIP Code |

   Archuleta
   County

   Mailing address, if different from principal place of business

   | | |
   |---|---|
   | Number | Street |

   4040
   P.O. Box

   | Pagosa Springs | CO | 81147 |
   |---|---|---|
   | City | State | ZIP Code |

   Location of principal assets, if different from principal place of business

   | | |
   |---|---|
   | Number | Street |

   | | | |
   |---|---|---|
   | City | State | ZIP Code |

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5312

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case Number _____
                                    MM / DD / YYYY
           District _____  When _____  Case Number _____
                                    MM / DD / YYYY

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |  |  |  |
|---|---|---|---|---|---|
|  | List all cases. If more than 1, attach a separate list. | ☐ Yes. | Debtor _____ | Relationship _____ |  |
|  |  |  | District _____ | When _____ MM / DD / YYYY |  |
|  |  |  | Case number, if known _____ |  |  |

| 11. | Why is the case filed in this district? | *Check all that apply:* |
|---|---|---|
|  |  | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
|  |  | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real or personal property that needs immediate attention? | ☑ No |
|---|---|---|
|  |  | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

Number ____ Street ____
City ____ State ____ ZIP Code ____

**Is the property insured?**

☐ No
☐ Yes.   Insurance Agent Contact name _____
         Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
|  |  | ☑ Funds will be available for distribution to unsecured creditors |
|  |  | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 100-199 |
|---|---|---|---|---|
|  |  | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 |
|  |  | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 |
|  |  | ☐ More than 100,000 |  |  |

| 15. | Estimated assets | ☐ $0 - $50,000 | ☐ $50,001 - $100,000 | ☐ $100,001 - $500,000 |
|---|---|---|---|---|
| | | ☐ $500,001 - $1,000,000 | ☒ $1,000,001 - $10,000,000 | ☐ $10,000,001 - $50,000,000 |
| | | ☐ $50,000,001 - $100,000,000 | ☐ $100,000,001 - $500,000,000 | ☐ $500,000,001 - $1,000,000,000 |
| | | ☐ $1,000,000,001 - $10,000,000,000 | ☐ $10,000,000,001 - $50,000,000,000 | ☐ More than $50,000,000,000 |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $50,001 - $100,000 | ☐ $100,001 - $500,000 |
|---|---|---|---|---|
| | | ☒ $500,001 - $1,000,000 | ☐ $1,000,001 - $10,000,000 | ☐ $10,000,001 - $50,000,000 |
| | | ☐ $50,000,001 - $100,000,000 | ☐ $100,000,001 - $500,000,000 | ☐ $500,000,001 - $1,000,000,000 |
| | | ☐ $1,000,000,001 - $10,000,000,000 | ☐ $10,000,000,001 - $50,000,000,000 | ☐ More than $50,000,000,000 |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/14/2026
              MM / DD / YYYY

/s/ Rusty Nabors                                             Rusty Nabors
Signature of authorized representative of debtor             Printed name

Title   President

**18. Signature of attorney for debtor**

/s/ Kevin S. Neiman                                          Date 01/20/2026
Signature of attorney for debtor                                  MM / DD / YYYY

Kevin S. Neiman
Printed name

Law Offices of Kevin S. Neiman, pc
Firm name

P.O. Box 100455
Number                          Street

Denver                                          CO              80250
City                                            State           ZIP Code

(303) 996-8637                                  kevin@ksnpc.com
Contact phone                                   Email Address

36560                                           CO
Bar number                                      State